DANIEL J. BRODERICK, #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-mj-00112 SMS |
| Plaintiff, | DEFENDANT'S REQUEST FOR WRITTEN ORDER/REFERRAL RELATING TO COURT'S PRIOR ORDER RE:  PARTICIPATION IN CALIFORNIA "WET AND RECKLESS" PROGRAM; **ORDER** |
| v. | |
| JESSE MARQUEZ, | |
| Defendant. | Judge: Hon. Dennis L. Beck |

**Background**

On January 7, 2010, a review hearing was held in the above-referenced matter.  After hearing, the court ordered that the defendant was to be reassigned to the Tulare County Wet and Reckless Program. Defendant has been advised by the Tulare County Alternative Services Program that in order to participate in the DUI School through which their wet and reckless program is administered, Defendant needs a formal written referral or order from the court.

**Request**

Defendant hereby requests a written order/referral to allow him to satifsy the provision set forth at Item No. 4 of Special Conditions of Supervision of his sentence pronounced March 19, 2009, and entered March 23, 2009, relating to completion of the California "wet reckless" program, because such an order is

///

required for enrollment in the Wet and Reckless program administered by the Tulare County Alternative Services program.

Dated: January 12, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Jesse Marquez

## ORDER

**IT IS SO ORDERED.** Defendant shall be allowed to complete the provision set forth at Item No. 4 of Special Conditions of Supervision of his sentence pronounced March 19, 2009, and entered March 23, 2009, in the above-referenced proceedings, through enrollment in and completion of the Wet and Reckless program offered by the DUI School, Tulare County Alternative Services program.

IT IS SO ORDERED.

Dated:   **January 13, 2010**          /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

Defendant's Request for Written Order/Referral Relating
to Court's Prior Order Re: Participation in California 'Wet
and Reckless" Program; **[Proposed] Order**          -2-